# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-1230
_____

KEITH GEORGE BARTON, JR.,

Appellant,

v.

RENE BARTON,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Michelle A. Inere, General Magistrate.

September 19, 2022

PER CURIAM.

DISMISSED.

RAY, MAKAR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Keith George Barton, Jr., pro se, Appellant.

No appearance for Appellee.